**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY JO MYERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALBERTO GONZALES,<br><br>　　　　Defendant.<br>_____/ | No. C06-07318 MJJ<br><br>**ORDER RE RESPONSE TO MOTION FOR TEMPORARY RESTRAINING ORDER** |

Pending before the Court is Plaintiffs' Motion for Temporary Restraining Order. To facilitate the Court's ruling on Plaintiffs' Motion, the Court will allow Defendant to file a Response to Plaintiffs' Application by 9:00 a.m., on December 1, 2006. Plaintiffs shall serve a copy of this Order on Defendant by 5:00 p.m., on November 29, 2006.

**IT IS SO ORDERED.**

Dated:　　11/29/2006

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE