```
GLENN M. CLARK # 91371
ALLAN C. MILLER # 59746
MILLER, CLARK, CALVERT & OBENOUR
2222 Martin Luther King Jr. Way
Berkeley, California 94704
(510) 848-7200

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY JO MYERS | Civil No. C06-07318 MJJ |
| Plaintiff, | STIPULATION OF DISMISSAL |
| v. | |
| ALBERTO GONZALES, Attorney General of the United States of America | |
| Defendant. | |

Plaintiff Cathy Jo Myers and Defendant Alberto Gonzales through their attorneys of record hereby stipulate to the dismissal of this action. These are all the parties who have appeared in the action.

DATE: 02/22/07

ALLAN C. MILLER
Attorney for Plaintiff

DATE: 2/22/07

KEVIN V. RYAN
United States Attorney by
KATHERINE B. DOWLING
Assistant United States Attorney

IT IS SO ORDERED
*Judge Martin J. Jenkins*
02/27/07

myers dis stip (MYERS ... FOR DISMISSAL - 1 -